**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IRAIS SCHERPING,

Petitioner-Plaintiff,

v.

TODD BLANCHE, *in his official capacity as Attorney General of the United States*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; JOSEPH B. EDLOW, *in his official capacity as Director U.S. Citizenship and Immigration Services, Washington, D.C.*; and STEVEN G. RICE, *in his official capacity as Field Office Director of the USCIS Minneapolis-St. Paul Field Office*,

Respondents-Defendants.

Case No. 26-cv-3312 (LMP/LIB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Petitioner-Plaintiff's Notice of Voluntary Dismissal (ECF No. 5). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: September 25, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge